AO91 (Rev. 12/03)  Criminal Complaint                                          AUSA

FILED

MAR 1 0 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

_____Western District Of Texas Del Rio Division_____

**UNITED STATES OF AMERICA**
### vs.

Jeferson Enrique VARGAS Guerrero

## CRIMINAL COMPLAINT

Case Number:  DR: 25-668M-01

I, the undersigned complainant state that the following is true and correct to the best of my

knowledge and belief.  On or about    December 20, 2023    in    Maverick    County, in

the    Western District Of Texas    defendant(s),

an alien, knowingly and willfully entered the United States at a time and place other than as designated by Immigration Officers, in violation of Title 8, United States Code, Section 1325(a), a misdemeanor,

in violation of Title    8    United States Code, Section(s)    1325

I further state that I am a(n)    Homeland Security Investigations Special Agent    and that this complaint is based on the

following facts:
On or about December 20, 2023, the defendant, Jeferson Enrique VARGAS Guerrero, an alien who is a native and citizen of Venezuela, entered the United States illegally from the Republic of Mexico by crossing the Rio Grande River at a time and place other than as designated by Immigration Officers near Eagle Pass, Texas.

A true copy of the original, I certify.
Clerk, U.S. District Court

Continued on the attached sheet and made a part of this complaint:    ☐ Yes    ☒ No
By:_____ Deputy

_____
Signature of Complainant

Jesus M. Flores
_____
Printed Name of Complainant

Sworn to before me and signed in my presence,

March 10, 2025
_____
Date

at    Del Rio, Texas
_____
City/State

Matthew Watters          U.S. Magistrate Judge
_____  _____
Name of Judge          Title of Judge

_____
Signature of Judge

**FILED**

AO-442(REV.12/85)

# United States District Court

MAR 1 0 2025

Western District Of Texas

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA
    V.

Jeferson Enrique VARGAS Guerrero
AKA

**COPY**

**WARRANT FOR ARREST**

CASE NUMBER: DR:25-668M-01

**To: The United States Marshal**
    **and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest <u>Jeferson Enrique VARGAS Guerrero</u>
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Probation Violation

charging him or her with (brief description)

On or about December 20, 2023, the defendant, Jeferson Enrique VARGAS Guerrero, an alien who is a native and citizen of Venezuela, entered the United States illegally from the Republic of Mexico by crossing the Rio Grande River at a time and place other than as designated by Immigration Officers near Eagle Pass, Texas.

**RECEIVED**

**MAR 1 0 2025**

**U.S.MARSHALS W/TX DEL RIO**

A true copy of the original, I certify.
Clerk, U.S. District Court

By:_____
                               **Deputy**

in violation of Title    8    United States Code, Section(s)   1325

Matthew Watters
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

March 10, 2025    Del Rio, TX
Date and Location

Bail fixed at $   Detained      by    Matthew H. Watters
                                                           Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest | | |